FILED

DISTRICT OF CONNECTICUT

2004 APR -7 A 11: 58

US DISTRICT COURT

| | | |
|---|---|---|
| TODD C. MORRISON | : | CIVIL NO. 3:02CV1146(DFM) |
| vi. | : | |
| THERESA C. LANTZ | : | MARCH 18, 2004 |

## STIPULATED DISMISSAL

The parties hereby agree and stipulate that the above captioned action may be dismissed without costs and without prejudice.

PLAINTIFF
Todd C. Morrison

_____
Todd C. Morrison
#120871
MacDougall/Walker Correctional Institution
1153 East Street So.
Suffield, CT 06078

DEFENDANT
Theresa C. Lantz, Commissioner

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

Stipulated and agreed to on this

24th day of March, 2004.

Stipulated and agreed to on this

18th day of March, 2004.

5

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of March, 2004:

Todd C. Morrison, Inmate #120871
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                    *Steven R. Strom*
Steven R. Strom
Assistant Attorney General

6