**FILED**

DISTRICT OF CONNECTICUT    2004 APR -7   A 11: 58

DISTRICT COURT

TODD C. MORRISON                :    CIVIL NO. 3:02CV1146(DFM)

vi.                             :

THERESA C. LANTZ                :    MARCH 18, 2004

## STIPULATED DISMISSAL

The parties hereby agree and stipulate that the above captioned action may be dismissed without costs and without prejudice.

PLAINTIFF
Todd C. Morrison

_____
Todd C. Morrison
#120871
MacDougall/Walker Correctional Institution
1153 East Street So.
Suffield, CT 06078

DEFENDANT
Theresa C. Lantz, Commissioner

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

Stipulated and agreed to on this

24th day of March, 2004.

Stipulated and agreed to on this

18th day of March, 2004.

April 8, 2004. Approved. So ordered.

Robert N. Chatigny, U.S.D.J.

5