UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TODD C. MORRISON              :
                              :   ~~PRISONER~~
        V.                    :   CIVIL NO. 3:02CV1146(DFM)
                              :
THERESA C. LANTZ              :   SEPTEMBER 1, 2005

## MOTION FOR JOINDER OF PARTIES
## AND MOTION TO REOPEN LAWSUIT

Plaintiff, Joao Q. Nunes, acting In Propria Persona, files this instant Motion For Joinder Of Parties and Motion To Reopen Lawsuit pursuant to Rule 18(a) and Rule 20(a) seeking to become a party member to the above entitled action. As grounds for these Motions, Plaintiff would state the following:

I.   **HISTORY**

This action challenged the Department of Corrections (D.O.C.) policy prohibiting inmates from receiving publications, as defined by Administrative Directive (A.D.) 10.1, unless they have been paid for with funds from the inmates' Trust Fund Account (TFA). Under the defendant's challenged policy,

---

**June 22, 2006.**   Morrison v. Armstrong
                    3:02CV1146 (RNC)

Re:  Motion For Joinder and to Reopen Lawsuit (Doc. # 23).

Denied. Joao Nunes, the movant, was not a party to the above action, which was dismissed by final order of the court on April 8, 2004. Because only a party may move to reopen a final order, see Fed. R. Civ. P. 60(b); 11 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 2865 (2d ed. 1995), or to join new parties to an action, see Fed. R. Civ. P. 21, Mr. Nunes has no standing to make this motion. If he believes he has a federal claim, he must file a new lawsuit. So ordered.

                                Robert N. Chatigny, U.S.D.J.